**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
AUG 09 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | Case Number: |
| vs. | § | SA:20-CR-00468(1)-DAE |
| | § | |
| (1) Anthony Alexander Lopez | § | |

### ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on November 8, 2021 at 9:00 AM** <u>Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 7 days prior to the sentencing hearing.</u>

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise defendant that he must be present at this proceeding.

**IT IS SO ORDERED on August 09, 2021.**

_/s/ Henry J. Bemporad_
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE